UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JANE PHILLIPS,

    Plaintiff,

v.                                                  Civil Action No. 2:24-cv-00060

TD Bank, National Association, and
Transunion, LLC

    Defendants,

## JOINT NOTICE OF SETTLEMENT

The Plaintiff hereby notify the Court that this case has been settled between Plaintiff and Defendant TD Bank (USA), NA. The parties are in the process of preparing the final settlement paperwork and anticipate filing dismissal papers shortly.

Respectfully submitted this 16th day of February, 2024.

/s/     J Andrew Shuniak
J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff*

/s/ Samantha R. Millar (w/ consent)
Samantha R. Millar
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor,
New York, NY 10022

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2024, I served the foregoing via the CM-ECF system to all counsel of record:

/s/    J Andrew Shuniak
 J Andrew Shuniak, Esq., Bar No.: 93770
Associate Attorney
Law Offices of Robert S. Gitmeid & Assoc., PLLC
Local Address:
414 N. 25th Street, PO BOX #7938
Richmond, Virginia 23223
Tel: (571) 201-9021 Fax: (212) 208-2591
Andrew.shuniak@gitmeidlaw.com
*Counsel for Plaintiff*