IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JANE PHILLIPS,
    Plaintiff,

v.                                               Civil Action No.  2:24cv60

TD BANK, NATIONAL ASSOCIATION, *et al.*
    Defendants.

## **FINAL ORDER**

        This matter is before the Court on the parties' Joint Notice of Settlement with Defendant TD Bank, National Association (ECF No. 8). On February 21, 2024, the Clerk advised the parties that the case would be dismissed with prejudice if the parties did not submit an appropriate dismissal order within eleven days of the notice. No dismissal order was filed, and the eleven-day window has passed. Defendant TransUnion LLC previously settled this case with Plaintiff before the case was removed to federal court. *See* Notice Removal ¶ 12, ECF No. 1; Ex. B, ECF No. 1-3; Notice Concerning Consent of Removing Parties, ECF No. 3. Therefore, this matter is DISMISSED WITH PREJUDICE. The Court DIRECTS the Clerk to close the case.

        The Clerk is directed to send an electronic copy of this Order to all counsel of record and close this case.

        It is SO ORDERED.

                                                       /s/
                                               Elizabeth W. Hanes
                                               United States District Judge

Norfolk, Virginia
Date: March 27, 2024